IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| SAMUEL LAIDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 324-076 |
| | ) |
| LT. HARDY; WARDEN PROCEROR; | ) |
| WARDEN CHAMBAL; and WARDEN | ) |
| BRAGG, | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this case.

SO ORDERED this 23rd day of December, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE